No. 222. PREFERRED INSURANCE CO. ET AL. *v.* UNITED STATES, 350 U. S. 837. The motion for leave to file a petition for rehearing is denied.

No. 383. GENERAL BOX CO. *v.* UNITED STATES, *ante,* p. 159;

No. 496. NATIONAL LAWYERS GUILD *v.* BROWNELL, ATTORNEY GENERAL, *ante,* p. 927;

No. 761. OLIN MATHIESON CHEMICAL CORP. *v.* WESTERN STATES CUTLERY & MANUFACTURING CO. ET AL., *ante,* p. 937;

No. 772. NEVADA-PACIFIC DEVELOPMENT CORP. ET AL. *v.* GUSTIN, *ante,* p. 930;

No. 802. UNION OIL CO. OF CALIFORNIA *v.* CALIFORNIA, *ante,* p. 929;

No. 830. BOYNTON *v.* PEDRICK, ADMINISTRATRIX, *ante,* p. 938; and

No. 834. FLOYD *v.* UNITED STATES, *ante,* p. 938. Petitions for rehearing denied.